FORD & HARRISON LLP

2525 East Camelback Road, Suite 450
Phoenix, AZ 85016
Facsimile: (602) 627-3501

Richard S. Cohen, State Bar No. 004746
Direct Dial: (602) 627-3502
E-Mail: rcohen@fordharrison.com
Stephen B. Coleman, State Bar No. 021715
Direct Dial: (602) 627-3525
E-Mail: scoleman@fordharrison.com

Attorneys for Defendant City of Bullhead City

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Jeff Pulfer, an individual, | ) |
| Plaintiff, | ) Case No.  CV08-8101-PHX-ECV |
| vs. | ) **NOTICE OF SETTLEMENT** |
| City of Bullhead City, Arizona,<br>an Arizona municipal corporation;<br>Does I-X; ABC Entities I-X, | ) |
| Defendants. | ) |

Defendant City of Bullhead City hereby notifies the Court that the parties have reached a settlement in this matter, subject to entering into a mutually agreeable written settlement agreement.  The parties will file a stipulation to dismiss this case with prejudice shortly.

DATED this 14th day of April 2009.


FORD & HARRISON LLP


By:  s/ Stephen B. Coleman
Richard S. Cohen
Stephen B. Coleman
Attorneys for Defendant

FORD & HARRISON LLP

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 14, 2009, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Paul Lenkowsky
Law Offices of Paul Lenkowsky
1181 Hancock Road
Bullhead City, Arizona 86442

s/  Armida Mora

Phoenix:15422.1